# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LEYVA,<br><br>Defendant. | Case No.: **24-mj-04620**<br><br>**COMPLAINT FOR VIOLATIONS OF**<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Firearms |

The undersigned complainant, being duly sworn, states:

On or about October 14, 2024, within the Southern District of California, defendant GIUSEPPE LEYVA, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess the following firearms, in and affecting interstate and foreign commerce:

1. a Taurus G2C .40 caliber pistol, bearing serial number ADL863951; and
2. a CANIK 55 TP-9SF 9-millimeter pistol, bearing serial number 20AT05551

in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(8).

The complainant further states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Daniel Saavedra, Special Agent
FBI

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 9th day of December 2024.

HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

<u>Statement of Probable Cause</u>

I, Daniel Saavedra, being duly sworn, declare and state as follows:

1. During the course of my duties, I have learned the following information from personal observation, reports prepared by other law enforcement agents and officers, and conversations with witnesses. Because this probable cause statement is being presented for the limited purpose of obtaining a criminal complaint, I have not included each and every fact made known to me during the course of this investigation. Rather, I am only including those facts which I believe are necessary for the issuance of a criminal complaint.

2. On October 14, 2024, S.Q. drove up to the U.S. Border Patrol check point on California State Route 86 in Imperial County, California, in a GMC Yukon that is registered to GIUSEPPE LEYVA. LEYVA was in the passenger seat. While a Border Patrol agent asked S.Q. and LEYVA routine questions about their trip, a second Border Patrol agent with a certified Border Patrol detection K9 performed an exterior sniff of the GMC Yukon. After the K9 alerted to the presence of possible contraband in the vehicle, the Border Patrol agents referred S.Q. and LEYVA to a secondary inspection area where agents searched the YUKON. Inside, agents found a modified center console, which they recognized as consistent with an area where contraband may be hidden, and the following two firearms in a factory void accessed through the center console:

- a Taurus G2C .40 caliber pistol, bearing serial number ADL863951; and
- a CANIK 55 TP-9SF 9-millimeter pistol, bearing serial number 20AT05551

The firearms were respectively loaded with four rounds of .40 caliber ammunition and 18 rounds of 9-millimeter ammunition. Both S.Q. and LEYVA denied knowledge of the firearms. LEYVA was placed under arrest by officers from the Imperial County Sheriff's Office for violations of CA PC 29800(a)(1) (Convicted Felon in Possession of a Firearm), CA PC 25850(a) (Loaded firearm in public), CA PC 25850(C)(6) (Unregistered weapon), and CA HS 11366.8 (Possess or use of false compartment).

3. On October 14, 2024, at 7:22 p.m. Imperial County Jail inmate A.M. participated in a recorded video call with A.B. During the call, A.B. informed A.M. that

"C [LEYVA]" had been arrested and was at the jail. When A.M. asked what the arrest was for, A.B. laughed and replied "something he always has on him all the time."

  a. Based on my investigation in this case, I am aware the LEYVA uses the moniker "C." Based on my review of the recorded call, I believe A.B. suggested that LEYVA regularly possesses firearms ("something he always has on him all the time").

  4. Based on my review of Imperial County Jail records, I am aware that LEYVA was released on bond on October 15, 2024. That same day, LEYVA participated in a recorded jail call with his brother R.M., who was also an inmate in the Imperial County Jail, and other inmate, O.E., using A.B.'s account. The call was audio and video recorded. When O.E. asked "what happened dog?," LEYVA responded, "I got…for the fucking…" and simultaneously used his hand to make a symbol of a gun. O.E. then asked, "why didn't someone just hold it?," to which LEYVA replied, "its because esta va chilo [it was nice]." LEYVA then turned the camera to S.Q., who had also been released on bail, and said "nah but the homie took it, yeah the homie took it."

  a. Based on my investigation in this case, I believe that LEYVA acknowledged that he possessed the firearms found in his GMC Yukon and suggested that S.Q. was going to take responsibility for possessing the firearms.

  5. On November 21, 2024, the Honorable Allison H. Goddard, United States Magistrate Judge for the Southern District of California, authorized a warrant to search LEYVA's home in El Centro, California, in case number 24-MJ-4396. The warrant further authorized the seizure and review of certain digital devices found within the home. Agents searched the home pursuant to the warrant on December 4, 2024, and recovered an iPhone that LEYVA identified as belonging to him. During a review of the phone, investigators found a photo of the Taurus G2C .40 caliber pistol, bearing serial number ADL863951, that LEYVA had sent in a text message to a contact saved as "Lefty PST" on November 15, 2024. The photo also appears in LEYVA's photo library with a date of November 30, 2023.

  a. Based on my investigation, I am aware that LEYVA is a member of the Puente 13 Hispanic criminal street gang, which includes the Perth Street or PST sect. Based on my review of the message, I believe that LEYVA sent the photo of the gun to another member of the gang ("PST") who uses the moniker "Lefty."

 6. LEYVA was convicted of violations of Cal. Health & Safety Code §§ 11370.1(A) (Possession of Controlled Substance while Armed) and 11378 (Possession of Controlled Substance for Sale) on March 20, 2020. As a result of his convictions, he is prohibited from possessing firearms and ammunition.

 7. An ATF special agent who is qualified as a firearms specialist later reviewed the firearms and determined that the firearms were manufactured outside of California.

 8. Based on the facts of this investigation, I believe there is probable cause to believe that LEYVA violated 18 U.S.C. § 922(g)(1) (Felon in Possession of Firearms).