```
                                              FILED
                                            MAR 17 2025
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GIUSEPPE LEVYA,<br><br>        Defendant. | Case No.: 25-CR-38-AGS<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Upon the motion of the government, and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment against Defendant Giuseppe Levya in the above-captioned case is dismissed without prejudice.

Dated: MARCH 17, 2025

                                              HON. ANDREW G. SCHOPLER
                                              UNITED STATES DISTRICT JUDGE